FILED '09 DEC 15 13:47 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT CHEESEMAN, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Civil No. 09-6310-TC |
| v. | )<br>) |
| | ) ORDER |
| RANDOLPH L. GARRISON, | )<br>) |
| Defendant. | ) |

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on November 17, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed November 17, 2009, in its entirety. Plaintiff's complaint fails to state a claim and is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 15th day of December, 2009.

Michael␣C.␣Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER